**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICK BELL, KAREN BELL, BRIAN BELL and BRANDEN BELL,**

    Plaintiffs,

v.                        Case No: 8:22-cv-2677-MSS-CPT

**JASON POLLOCK, GRAVITAS VENTURES, LLC, RED ARROW STUDIOS INTERNATIONAL, INC. and NEWMAN PRODUCTIONS, LLC,**

    Defendants.

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Claims Against Defendant Red Arrow Studios International, Inc., (Dkt. 53), and pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to the claims between Plaintiff and Defendant Red Arrow Studios International, Inc. **ONLY.** Each party shall bear its own attorneys' fees and costs associated with the claims brought against Defendant Red Arrow Studios International, Inc. This case shall proceed in the normal course as between Plaintiff and the remaining Defendants.

**DONE and ORDERED** in Tampa, Florida this 25th day of May 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party